```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JACK DILDABANIAN, | |
| Petitioner, | CIVIL NO. 06-1983(NLH) |
| v. | |
| | **ORDER** |
| CHARLES E. SAMUELS, JR., | |
| Defendant. | |

**APPEARANCES:**
Marco Laracca
331 Central Avenue
Orange, NJ 07050
*And*
Linda S. Sheffield
6600 Peachtree Dunwoody Road
400 Embassy Row, Suite 470
Atlanta, GA 30328
*Attorneys for Petitioner*

United States Dept. of Justice - U.S. Attorneys Office
By: Louis J. Bizzarri, AUSA
Camden Federal Building & U.S. Courthouse
401 Market Street, 4th Floor
P.O. Box 2098
Camden, New Jersey 08181
*Attorney for Defendant*

**HILLMAN, District Judge**

   For the reasons expressed in this Court's Opinion on this date, **IT IS HEREBY ORDERED** this 26th day of June, 2007, that the Petition for Writ of Habeas Corpus is **DENIED**.

                              S/Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey